**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St., #80594
San Francisco, CA 94104
Telephone:  (415) 488-8041
Facsimile:  (415) 651-9700
*Attorneys for Plaintiff Kai Cao*,

THE CARDOZA LAW CORPORATION
548 MARKET ST. #80594
SAN FRANCISCO, CA 94104

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAI CAO,** | **Case No.:** 3:24-cv-01195-JD |
| Plaintiff, | *HON. JAMES DONATO* |
| v. | **NOTICE OF SUPPLEMENTAL AUTHORITY** |
| **BANK OF AMERICA, N.A.,** | |
| Defendant. | |

///

///

///

///

///

///

///

**NOTICE OF ERRATA**

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff **KAI CAO** ("Plaintiff") respectfully submits this Notice of Supplemental Authority to alert to the Court a Federal District Court case from the Western District of North Carolina from June 2, 2026, which denied Bank of America's Motion for Summary Judgment on the Plaintiff's Fair Credit Reporting Act claims, both willful and negligent, and finding the case should proceed to a jury trial. *Hammond v. Bank of Am., NA.*, Civil Action No. 23-CV-00809-TMR-DCK, 2026 WL 1557728 (W.D.N.C. June 2, 2026).

DATED:  June 4, 2026

**THE CARDOZA LAW CORPORATION**

BY: /S/ LAUREN B. VEGGIAN
LAUREN B. VEGGIAN, ESQ.
MICHAEL F. CARDOZA, ESQ.
ATTORNEYS FOR KAI CAO

THE CARDOZA LAW CORPORATION
548 MARKET ST. #80594
SAN FRANCISCO, CA 94104

NOTICE OF SUPPLEMENTAL AUTHORITY                                    PAGE 1 OF 1

**<u>CERTIFICATE OF SERVICE</u>**

I, Lauren B. Veggian, am the ECF user whose identification and password are being used to file this document.

I also hereby certify that on June 4, 2026, I electronically filed a true and correct copy of the foregoing Notice of Supplemental Authority with the Clerk of the Court for the United States District Court of California for the Northern District of California using the CM/ECF system. I also certify that all participants in this case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

**THE CARDOZA LAW CORPORATION**

DATED:  June 4, 2026

BY: /s/ Lauren B. Veggian
Lauren B. Veggian, Esq.
Attorney for Plaintiff
Kai Cao

THE CARDOZA LAW CORPORATION
548 MARKET ST. #80594
SAN FRANCISCO, CA 94104

**CERTIFICATE OF SERVICE**